```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BARKOW, | Case No.: 2:24-CV-00820 |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 8, 2024, up to and including August 7, 2024. This is Defendant's first request for an extension.

    Defendant requests this extension in order to further consider the administrative record in light of the issues raised in Plaintiff's motion. The undersigned has a number of competing deadlines in cases pending in this district and other districts.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 11, 2024

/s/ *Jonathan O. Pena**
(*as authorized via e-mail on June 11, 2024)
JONATHAN O. PENA
Attorney for Plaintiff

Dated: June 11, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ *Erin A. Jurrens*
ERIN A. JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 7, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  June 11, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE